UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERNESSA WHITE, an individual and ANDY WHITE, an individual,<br><br>        Plaintiffs,<br><br>  -vs-<br><br>SAFEWAY, INC., a Washington corporation,<br><br>        Defendant. | NO. CV-05-0088-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter coming on for presentment upon the stipulation of the parties (Ct. Rec. 13) in the above-captioned case, through their respective counsel, and it appearing that all Plaintiffs' claims or causes of action should be dismissed with prejudice and without costs,

IT IS HEREBY ORDERED that all Plaintiffs' claims or causes of action are hereby DISMISSED with prejudice and without costs or attorney fees to either party, except as may be imposed pursuant to Fed.R.Civ.P. 41(d) should either Plaintiff file a subsequent lawsuit arising out of their employment at Safeway, the termination thereof, or any alleged act of civil harassment.

///

///

///

ORDER - 1

1  The District Court Executive is directed to file this Order, provide
2 copies to counsel, and **CLOSE THE FILE**.
3  **DATED** this 11th day of October, 2005.

```
                                    s/Lonny R. Suko
                            _____
                                    LONNY R. SUKO
                            UNITED STATES DISTRICT JUDGE
```

ORDER - 2